United States District Court
Northern District of California

1

2

3

4

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

DAVID A. FALCON,

Plaintiff,

v.

CRAIG KOENIG, et al.,

Defendants.

Case No. 22-cv-06978 BLF (PR)

**ORDER GRANTING MOTION FOR
EXTENSION OF TIME TO FILE
DISPOSITIVE MOTION; DENYING
REQUEST FOR ORDER AS MOOT**

(Docket Nos. 11, 13)

Plaintiff, a state prisoner, filed a civil rights complaint pursuant to 42 U.S.C. §
1983, against Warden Craig Koenig and prison officers at the Correctional Training
Facility ("CTF"), where he is currently confined. Dkt. No. 1. The Court found the
complaint stated cognizable claims and ordered service on Defendants, who were directed
to file a dispositive motion or notice regarding such motion. Dkt. No. 7.

On June 23, 2023, Defendants filed an administrative motion for an extension of
time to file a dispositive motion based on the need of more time to receive requested
documents from the CDCR and to depose Plaintiff. Dkt. No. 13 at 2. Defendants also
assert that Plaintiff will not be prejudiced by the extension of time nor will it result in an
undue delay in this case. *Id.* Good cause appearing, the motion is **GRANTED**.
Defendants' summary judgment motion shall be filed **no later than September 5, 2023**.

1

2

Plaintiff's opposition to the dispositive motion shall be filed with the Court and served on Defendants no later than **twenty-eight (28) days** from the date Defendants'

3

4

motion is filed.  Defendants <u>shall</u> file a reply brief no later than **fourteen (14) days** after Plaintiff's opposition is filed.

5

6

In light of this order, Plaintiff's request that the Court order the Defendants to respond to the complaint is **DENIED** as moot.  Dkt. No. 11.

7

This order terminates Docket Nos. 11 and 13.

8

**IT IS SO ORDERED.**

9

**Dated:  __June 28, 2023_____**

10

BETH LABSON FREEMAN
United States District Judge

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

Order Granting EOT to file Disp. Mot; Deny Other Mot.
PRO-SE\BLF\CR.22\06978Falcon_eot-MSJ

26

27

28

United States District Court
Northern District of California