UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| AVARO COVARRUBIAS PEREZ,<br><br>        Plaintiff,<br><br>    v.<br><br>MACIAS, et al.,<br><br>        Defendants. | Case No.  24-cv-02725-TLT<br><br>**SUA SPONTE ORDER OF REFERRAL FOR PURPOSE OF DETERMINING RELATIONSHIP** |

     In accordance with Civil Local Rule 3-12(c), the above-entitled case is REFERRED to the Honorable P. Casey Pitts for consideration of whether the case is related to *Falcon v. Koenig, et al.*, Case No. 22-cv-06978 PCP.

     **IT IS SO ORDERED.**

Dated: October 1, 2025

_____
TRINA L. THOMPSON
United States District Judge

United States District Court
Northern District of California